PROB 22
(Rev. 2/88)

JUDGE LEINENWEBER

**TRANSFER OF JURISDICTION**

**08CR 0023**

DOCKET NUMBER *(Tran. Court)*

94-03069-08-CR-S-DW

DOCKET NUMBER *(Rec. Court)*

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE

Willie B. McEntee

RECEIVED

DEC 13 2007

U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

| DISTRICT | DIVISION |
|---|---|
| Western Missouri | Southern |

NAME OF SENTENCING JUDGE

The Honorable Dean Whipple

| DATES OF PROBATION /SUPERVISED RELEASE: | FROM August 4, 2004 | TO August 3, 2009 |
|---|---|---|

OFFENSE

Conspiracy to Distribute Cocaine Base

**FILED**

JAN 0 9 2008 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **NORTHERN DISTRICT OF ILLINOIS** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12-4-07
Date

Dean Whipple, Senior U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF ILLINOIS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN - 8 2008
Effective Date

James F. Holderman
United States District Judge

*UNITED STATES GOVERNMENT*

*MEMORANDUM*

MAGISTRATE JUDGE NOLAN

**DATE:**          December 20, 2007

**REPLY TO
  ATTN OF:**       U. S. Probation Office
                   55 East Monroe Street,  Room 1500
                   Chicago, Illinois   60603

08CR  0023

**SUBJECT:**       Transfer of Jurisdiction

JUDGE LEINENWEBER

**TO:**            Mrs. Alyce Mobley-Morris
                   Courtroom Deputy to Chief Judge Holderman
                   U. S. Court House, Room 2548

RE:   MCENTEE, Willie B

DOCKET NO. OF
TRANSFERRING COURT: **94-03069-08-CR-S-DW**

Enclosed is Probation Form 22 initiating transfer of jurisdiction to our
district.  Please return the signed copies accepting jurisdiction to this
office.

Thank you.

Attachment

cc:   Will Smith
      U. S. Probation Officer

taw